9994. BENNETT *v.* LIFSEY.

LUKE, J. The evidence in this case, though conflicting, authorized the verdict, which has the approval of the trial judge. The charge of the court, when considered as a whole, was full, fair, and presented the issues made by the pleadings. For none of the reasons assigned did the court err in overruling the motion for a new trial.

 *Judgment affirmed. Wade, C. J., and Jenkins, J., concur.*
 DECIDED JANUARY 16, 1919.

 Trover; from Crawford superior court—Judge Mathews. June 19, 1918.

 *R. H. Culverhouse, L. D. Moore,* for plaintiff in error.

---

9646. SUTTLES *v.* PARRISH *et al.*

BROYLES, P. J. 1. Under the facts of the case, the excerpts from the charge of the court, complained of in the special grounds of the motion for a new trial, contain no error.

2. The verdict was amply authorized by the evidence, and the court did not err in overruling the motion for a new trial.

 *Judgment affirmed. Bloodworth and Stephens, JJ., concur.*
 DECIDED JANUARY 23, 1919.

 Complaint; from Fulton superior court—Judge Ellis. April 4, 1918.

 *Joseph W. & John D. Humphries,* for plaintiff in error.
 *Bachman & Simmons, Douglas & Douglas,* contra.